UNITED STATES DISTRICT COURT

__NORTHERN__   DISTRICT OF __OHIO__

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 1:07CR354 |
| | ) |
| vs. | ) Judge Solomon Oliver, Jr. |
| | ) |
| JERRELL BRAY, | ) |
| | ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court

endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses

the __Indictment__ against __Jerrell Bray__, defendant.

Gregory A. White
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

United States District Judge

Date:

Form OBD-113
Dec. 82

USA-19
Rev. 5/02

## UNITED **STATES DEPARTMENT OF** JUSTICE
UNITED STATES ATTORNEY

Defendant: Jerrell Bray

Date of Birth: March 11, 1973

Date of Complaint or Case: June 19, 2007

U.S. Attorney No.: 2007R00800

Court or Magistrate Judge No.: 1:07CR354

Offense:  Possession with intent to
distribute marijuana; discharge of a
firearm during a drug trafficking crime;
felon in possession of a firearm

Peter J. Elliott
United States Marshal
Northern District of Ohio
U.S. Courthouse, Suite 1200
801 West Superior Avenue
Cleveland, Ohio 44113

This is to advise that the matter or case against the above-named
defendant has been closed as indicated below.  Any unexecuted warrant or
unserved summons issued in such case or proceeding and held by you should
be returned with a copy of this letter to the issuing officer for proper
disposition and notation on his/her records.

Action taken:

( )  Prosecution declined
( )  Complaint dismissed
(X)  Indictment or Information dismissed
( )  Original warrant superseded by warrant of the District Court
( )  Other:

Very truly yours,

Gregory A. White
United States Attorney